# UNITED STATES BANKRUPTCY COURT

NORTHERN    **DISTRICT OF** ILLINOIS

### EASTERN DIVISION

In re:  LARRY A. SHAPIRO and
LISA J. SHAPIRO

§
§
§
§

Case No.  11-24581
HON. CAROL A. DOYLE
Chapter 7

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within    21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:30a.m.   on 12/06/2011   in Courtroom 742   , Dirksen Federal Building   Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By:  Clerk U. S. Bankruptcy Court _____

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT

NORTHERN    **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   LARRY A. SHAPIRO and        §    Case No.  11-24581
LISA J. SHAPIRO           §               HON. CAROL A. DOYLE
                          §               Chapter 7
                          §
            Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $11,000.00

*and approved disbursements of*                              $0.00

*leaving a balance on hand of* [1]                      $11,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:        $0.00

Remaining balance:        $11,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $1,850.00 | $0.00 | $1,850.00 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $16.76 | $0.00 | $16.76 |
| *Attorney for Trustee, Fees*  ALLAN J. DeMARS | $1,012.50 | $0.00 | $1,012.50 |
| *Attorney for Trustee, Expenses*  ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Charges, | U.S. Bankruptcy Court | | | |
| Fees, | United States Trustee | | | |
| | Other | | | |

| | Total to be paid for chapter 7 administrative expenses: | $2,879.26 |
| | Remaining balance: | $8,120.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor, Fees | | | |
| Attorney for Debtor, Expenses | | | |
| Attorney for                , Fees | | | |
| Attorney for              , Expenses | | | |
| Accountant for               , Fees | | | |
| Accountant for              , Expenses | | | |
| Other | | | |

| | Total to be paid for prior chapter administrative expenses: | $0.00 |
| | Remaining balance: | $8,120.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $57,798.04 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $57,798.04 | $0.00 | $8,120.74 |

Total to be paid for priority claims: $8,120.74

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $110,919.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1,3,4,6,7, 8,9,10,11 ,12 | | $110,919.43 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ____0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$18,155.17_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be _____0_____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $18,155.17 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | | $0.00 |
| Remaining balance: | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-24581-CAD
Larry A Shapiro                                                 Chapter 7
Lisa J Shapiro
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1                User: vrowe          Page 1 of 3              Date Rcvd: Nov 14, 2011
                                    Form ID: pdf006      Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2011.
db/jdb        +Larry A Shapiro,   Lisa J Shapiro,   1216 Ashland Ave,   Chicago Heights, IL 60411-2544
17396296      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,   PO Box 85520,   Richmond, VA  23285)
17654620       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
                Oklahoma City, OK  73124-8839
17652289      +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17396297      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
17665836       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17396298      +Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
17609368       FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17396300      +George DeMario,   17148 Burnham Ave,   Lansing, IL 60438-1322
17499879      +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
17396294      +Marc H Weinstein & Associates,   4415 W Harrison St - Ste 234,   Hillside, IL 60162-1904
17396303      +Sears/CBSD,   PO Box 6189,   Sioux Falls, SD 57117-6189
17396292      +Shapiro Larry A,   1216 Ashland Ave,   Chicago Heights, IL 60411-2544
17396293      +Shapiro Lisa J,   1216 Ashland Ave,   Chicago Heights, IL 60411-2544
17396304       Target Nb,   C/o Target Credit Services,   Minneapolis, MN  55440-0673
17396305      #+Untd Trust Bank,   8028 S Harlem Ave,   Bridgeview, IL 60455-1506


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17723321       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2011 11:13:53
                American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17583886       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2011 11:13:54   Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17396299      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2011 11:13:54   Discover Fin Svcs Llc,
                PO Box 15316,   Wilmington, DE 19850-5316
17396301      +E-mail/PDF: cr-bankruptcy@kohls.com Nov 15 2011 13:23:56     Kohls/Chase,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17396302      +E-mail/Text: bankrup@nicor.com Nov 15 2011 10:56:00   Nicor Gas,   1844 Ferry Road,
                Naperville, IL 60563-9600
17945452      +E-mail/Text: resurgentbknotifications@resurgent.com Nov 15 2011 10:55:59
                PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                            TOTAL: 6


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17396295      ##+Bank Of America,   PO Box 1598,   Norfolk, VA 23501-1598
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: vrowe                Page 2 of 3                Date Rcvd: Nov 14, 2011
                             Form ID: pdf006            Total Noticed: 22

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2011**                     **Signature:**

District/off: 0752-1          User: vrowe              Page 3 of 3            Date Rcvd: Nov 14, 2011
                             Form ID: pdf006          Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2011 at the address(es) listed below:
          Allan J DeMars    on behalf of Trustee Allan DeMars alland1023@aol.com
          Allan J DeMars    alland1023@aol.com
          Brett A Kaufman    on behalf of Debtor Larry Shapiro brett@mhwlaw.net
          Carole G. Ruzich    on behalf of Creditor  United Trust Bank carole@griffingallagher.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 5